UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

VS.                                      NO. 4:13CR273-DPM

CATHY SNEED                                                                            DEFENDANT

### ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

Defendant Cathy Sneed is charged with distribution of methamphetamine. On September 20, 2013, she was placed on release conditions pending trial. (Docket entry #10) The Court has recently received a status report from the United States Pretrial Services Office concerning Defendant's compliance with pretrial supervision.

The report indicates that Ms. Sneed has completed inpatient drug treatment and was participating in a chemical-free living program in June 2014, when she had a serious vehicle accident. Due to apparent communication difficulties and Defendant's inability to provide documentation concerning prescribed medications, Defendant's release conditions are hereby modified to include mental health treatment as deemed necessary by the pretrial services officer. Ms. Sneed's counsel has no objection to this modification. All other conditions of release remain in full force and effect.

IT IS SO ORDERED this 21st day of January, 2015.

UNITED STATES MAGISTRATE JUDGE