# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                         No. 4:13-cr-273-DPM

CATHY SNEED
Reg. No. 28007-009                                          DEFENDANT

## ORDER

Sneed moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to her health if she contracts it. She says she asked the warden for release and did not receive a response within thirty days. *Doc. 93 at 4.* She therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A). The United States opposes the motion.

Sneed is a white woman in her late thirties with diabetes and high blood pressure. She's housed at FCI Tallahassee, which currently has fewer than twenty active COVID-19 cases among inmates and staff. http://www.bop.gov/coronavirus (accessed 14 September 2020). But, given her health issues, her concerns are valid. Further, the Court is impressed with Sneed's many efforts to redeem her time in prison. She's expanded her education, learned new skills, and worked hard on her mental health and substance abuse issues.

Nonetheless, Sneed's motion fails on the merits. Her career offender advisory Guidelines range recommended twelve to fifteen years in prison. Her nine-year sentence was therefore a substantial downward variance. Reducing that sentence by another two years would not promote respect for the law, provide just punishment, reflect the seriousness of her offense and her criminal history, or adequately deter others. All material things considered, the statute's remedy — reducing Sneed's sentence to time served — is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). Her motion, *Doc. 93*, is therefore denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 September 2020